# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN MICHAEL FERGASON,
Appellant,
vs.
LAS VEGAS METROPOLITAN POLICE DEPARTMENT,
Respondent.

No. 72640

FILED

MAY 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting respondent's motion for summary judgment. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed after the timely filing of a tolling motion under NRAP 4(a)(2) and before the tolling motion was formally resolved. A timely tolling motion terminates the thirty-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a written order finally resolving the motion. *See* NRAP 4(a)(2). It appears that the district court denied the motion for reconsideration on April 17, 2017, but no written order has been entered. A district court's minute order is ineffective for any purpose and cannot be appealed, and a written order or judgment must be filed

17-15042

before a district court ruling can be appealed. *See Rust v. Clark Cty.* *School District,* 103 Nev. 686, 747 P.2d 1380 (1987).

We conclude that we lack jurisdiction, and we ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Douglas Smith, District Judge
        Bryan Michael Fergason
        Marquis Aurbach Coffing
        Matthew J. Christian
        Clark County District Attorney
        Eighth District Court Clerk

_____

[1]We deny as moot respondent's motion to dismiss.

SUPREME COURT
OF
NEVADA

(O) 1947A